

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 2-09-154-CV

BLUEGREEN SOUTHWEST ONE, L.P. AND                                APPELLANTS
BLUEGREEN SOUTHWEST LAND, INC.

V.

TURNER, COLLIE & BRADEN, INC.                                           APPELLEE

----------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants, Bluegreen Southwest One, L.P. and Bluegreen Southwest Land, Inc.'s Amended Motion To Dismiss Appeal Without Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  November 12, 2009